**2006–0370. State v. Palmer.**
Portage App. No. 2004–P–0106, 2005-Ohio-6710. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Judgment Entry filed February 13, 2006:

"Whether a defendant's failure to timely respond to the State's request for reciprocal discovery is a period of delay occasioned by the 'neglect' or 'improper act' of the defendant that tolls the speedy trial time pursuant to R.C. 2945.72(D), even in the absence of a Crim.R. 16 demand for discovery."

RESNICK and O'DONNELL, JJ., dissent.

The conflict case is *State v. Larsen* (Mar. 22, 1995), Medina App. No. 2363–M, 1995 WL 125577. Sua sponte, cause consolidated with 2006–0022, *State v. Palmer,* Portage App. No. 2004–P–0106, 2005-Ohio-6710.